UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____,  )
      Plaintiff (s),  )
        )
v.  )  Case No.
        )
        )
_____,  )
      Defendant(s).  )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
    (Plaintiff or Defendant)

_____
(name and address of process server)

_____

_____

To serve:
_____in the
    (name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

_____                           _____
  (date)                                         (attorney for Plaintiff)

                                                  _____
                                                  (attorney for Defendant)