UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date**  August 18, 2014  **Judge**  Catherine D. Perry   **Case No:** 4:14-cv-01436 CDP
Mustafa Abdullah                              v. County of St. Louis, Missouri et al.
**Court Reporter** S. Moran                **Deputy Clerk** B. Porter
**Attorney(s) for Plaintiff(s)**  Anthony Rothert & Grant Doty
**Attorney(s) for Defendants(s)**  Attorney General Chris Koster & Robert Grant

**Parties present for** hearing for Motion for Temporary Restraining Order [doc. 3].  Attorney General Chris Koster appears by telephone.  Attorneys Anthony Rothert, Grant Doty, Robert Grant and the plaintiff appear in person. Andrea Spillars appears by phone and is called as a witness by Defendant Ronald Replogle.  The Court hears testimony from witnesses, views an exhibit, and hears arguments from counsel.  The Court denies the motion.  Order to issue

**Proceedings commenced**   4:50 PM        **Proceedings concluded**       6:15 PM