# EXHIBIT LIST

Style: **_Mustafa Abdullah v. County of St. Louis Missouri et al._**

Case No: **4:14cv01436 CDP**

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| A | | | 8/18/14 | | | Video | 8/18/14 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☑ EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff        **Δ** = defendant        **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red        **ADMITTED** = use ✔ and  date        **Page 1 of 1**