UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:14CV1436 CDP |
| COUNTY OF SAINT LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

## **ORDER**

For the reasons stated on the record today,

**IT IS HEREBY ORDERED** that the plaintiff's motion for a temporary restraining order [#3] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2014.