# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Mustafa Abdullah, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14-cv-1436-CDP ) |
| County of Saint Louis, Missouri, et al., | ) ) |
| Defendants. | ) ) ) |

## Notice of Filing

Comes now Plaintiff and gives notice that he will file with the Clerk within twelve hours, together with a copy of this notice, a disc that contains the recording referenced as Exhibit A at the hearing on August 18, 2014.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
GRANT R. DOTY, #60788MO
AMERICAN CIVIL LIBERTIES UNION
    OF MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112

GILLIAN R. WILCOX, #61278MO
AMERICAN CIVIL LIBERTIES UNION
    OF MISSOURI FOUNDATION
3601 Main Street
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112

**ATTORNEYS FOR PLAINTIFF**

1

Certificate of Service

I certify that a copy of the foregoing, together with a copy of the reference disc, was served upon each identified defendant by placing the same in the First Class mail addressed as set forth below as set forth below on August 19, 2014:

>RONALD REPLOGLE
>c/o James Layton
>Solicitor General
>PO Box 899
>Jefferson City, Missouri 65102
>
>County of Saint Louis, Missouri
>c/o Patricia Redington
>County Counselor
>41 South Central Avenue
>St. Louis, MO 63105

/s/ Anthony E. Rothert