IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 4:14-cv-1436 CDP |
| | ) |
| COUNTY OF SAINT LOUIS, MISSOURI, | ) |
| RONALD K. REPLOGLE, in his official | ) |
| capacity as Superintendent of the Missouri | ) |
| Highway Patrol, and JOHN DOES 1-5, in their | ) |
| individual capacities, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff moves this Court for entry of a preliminary injunction that prohibits Defendants, their officers, employees, or agents, and those acting on their behalf or in concert with them, from enforcing or threatening to enforce any rule, policy, or practice that grants law enforcement officers the authority or discretion to arrest, threaten to arrest, or order to disperse individuals who are violating no statute or regulation and who are peaceably standing, marching, or assembling on public sidewalks in Ferguson, Missouri.

Entry of a preliminary injunction is appropriate in this case because Plaintiff has a fair chance of prevailing, there is ongoing irreparable harm to Plaintiff and other parties not before this Court, the ongoing harm to Plaintiff absent an injunction outweighs any harm an injunction would cause to Defendants, and the issuance of an injunction is in the public interest.

Filed herewith, and incorporated herein by reference, is Plaintiff's Motion for Leave to File Memorandum In Support of Plaintiff's Motion for Preliminary Injunction In Excess of Page Limitation, to which is attached Plaintiff's Memorandum in Support of Plaintiff's Motion for

Preliminary Injunction.  The reasons for granting this motion are explained in detail in Plaintiff's

Memorandum in Support of Plaintiff's Motion for Preliminary Injunction.

Bond should be waived or set at a nominal amount since there will be no demonstrable

harm to Defendants if their likely unconstitutional actions are enjoined.

WHEREFORE, Plaintiff requests this Court:

A.     Enter a preliminary injunction that prohibits Defendants, their officers,

employees, or agents, and those acting on their behalf or in concert with them

from ordering individuals who are violating no law to refrain from gathering or

standing for more than five seconds on public sidewalks, threatening them with

arrest for non-compliance, or arresting them;

B.     Waive bond or set bond in a nominal amount; and

C.     Allow to Plaintiff such other and further relief as this Court deems just and

equitable.

DATED:  August 26, 2014                         Respectfully submitted,

                                    _____/s/ Anthony E. Rothert_____
                                    ANTHONY E. ROTHERT, #44827MO
                                    GRANT R. DOTY, #60788MO
                                    AMERICAN CIVIL LIBERTIES UNION
                                           OF MISSOURI FOUNDATION
                                    454 Whittier Street
                                    St. Louis, Missouri 63108
                                    Telephone:     (314) 652-3114
                                    Facsimile:     (314) 652-3112
                                    trothert@aclu-mo.org
                                    gdoty@aclu-mo.org

                                    GILLIAN R. WILCOX, #61278MO
                                    AMERICAN CIVIL LIBERTIES UNION
                                           OF MISSOURI FOUNDATION
                                    3601 Main Street
                                    Kansas City, Missouri 64111
                                    Telephone:     (816) 470-9938

Facsimile:     (314) 652-3112
*gwilcox@alcu-mo.org*

GRANT A. DAVIS-DENNY
THOMAS P. CLANCY
VICTORIA A. DEGTYAREVA
THANE M. REHN
KENNETH M. TRUJILLO-JAMISON
***Motions for Admission to Appear Pro Hac
Vice Forthcoming***
MUNGER, TOLLES & OLSON  LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA   90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
*Grant.Davis-Denny@mto.com*
*Thomas.Clancy@mto.com*
*Victoria.Degtyareva@mto.com*
*Thane.Rehn@mto.com*
*Kenneth.Trujillo-Jamison@mto.com*


**ATTORNEYS FOR PLAINTIFF**

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served upon defendant by placing the same in

the First Class mail addressed as set forth below as set forth below on August 27, 2014:

RONALD REPLOGLE
c/o James Layton
Solicitor General
PO Box 899
Jefferson City, Missouri 65102

County of Saint Louis, Missouri
c/o Patricia Redington
County Counselor
41 South Central Avenue
St. Louis, MO 63105

<u>/s/ Anthony E. Rothert</u>