UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:14 CV 1436 CDP ) |
| COUNTY OF SAINT LOUIS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a telephone scheduling conference, with counsel only, on **Friday, September 5, 2014 at 9:30 a.m.** Plaintiff's counsel is responsible for placing the call and having all other counsel on the line before contacting the Court at 314-244-7520.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2014.