UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MUSTAFA ABDULLAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 1436 CDP |
| | ) | |
| COUNTY OF ST. LOUIS, MISSOURI, | ) | |
| RONALD K. REPLOGLE, in his | ) | |
| official capacity as Superintendent of | ) | |
| the Missouri Highway Patrol, and | ) | |
| JOHN DOES 1-5, in their individual | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND PRE-HEARING ORDER

As discussed with counsel during the status conference held on September 5, 2014,

**IT IS HEREBY ORDERED** that this matter is set for a preliminary injunction hearing on **September 29, 2014 at 9:00 a.m. in Courtroom 14-South**.

**IT IS FURTHER ORDERED** that the following schedule shall apply to the preliminary injunction hearing and will be modified only upon a showing of exceptional circumstances:

1.      Defendants shall file a response to plaintiff's motion for preliminary injunction [#14] no later than **September 15, 2014**.

2.      Plaintiff shall file any reply in support of his motion for preliminary injunction no later than **September 22, 2014**.

3.      No later than **September 25, 2014**, the parties shall each file a list of all witnesses they expect to call at the hearing.

4.    No later than **<u>September 25, 2014</u>**, plaintiff shall file a proposed form of preliminary injunction and e-mail a word processing version of this document to my judicial assistant.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 8th day of September, 2014.