EXECUTIVE ORDER
14-08

WHEREAS, the events occurring in the City of Ferguson, Missouri have created conditions of distress for the citizens and businesses of that community; and

WHEREAS, our citizens must have the right to peacefully assemble and protest; and

WHEREAS, the rule of law must be maintained in the City of Ferguson for the protection of the citizens and businesses of that community; and

WHEREAS, the Missouri State Highway Patrol, with the assistance and cooperation of the St. Louis County Police Department, has been patrolling in the City of Ferguson over the past week; and

WHEREAS, the conditions necessary to declare the existence of an emergency pursuant to Chapter 44, RSMo, have been found to exist; and

WHEREAS, an invocation of the provisions of Sections 44.010 through 44.130, RSMo, is necessary to ensure the safety and welfare of the citizens of the City of Ferguson.

NOW, THEREFORE, I, JEREMIAH W. (JAY) NIXON, GOVERNOR OF THE STATE OF MISSOURI, by virtue of the authority vested in me by the Constitution and Laws of the state of Missouri, including Sections 44.010 through 44.130, RSMo, do hereby declare that a State of Emergency exists in the state of Missouri.

I do hereby direct the Missouri State Highway Patrol, through its Superintendent, to command all operations necessary to ensure public safety and protect civil rights in the City of Ferguson and, as necessary, surrounding areas during the period of this emergency.

I further order that such other local law enforcement agencies, as deemed necessary by the Superintendent of the Missouri State Highway Patrol to maintain order in the City of Ferguson, shall assist the Missouri State Highway Patrol when requested by the Superintendent and such law enforcement agencies, when operating in the City of Ferguson, shall cooperate with all operational directives of the Missouri State Highway Patrol.

I further order the imposition of a curfew in the City of Ferguson under such terms and conditions deemed necessary and appropriate by the Superintendent of the Missouri State Highway Patrol.

This order shall be terminated upon execution of a subsequent Executive Order.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Missouri, in the City of Jefferson, on this 16th day of August, 2014.

Jeremiah W. (Jay) Nixon
Governor

RECEIVED & FILED

AUG 1 6 2014

Jason Kander
Secretary of State

SECRETARY OF STATE
COMMISSIONS DIVISION