RECEIVED & FILED

SEP 0 3 2014

SECRETARY OF STATE
COMMISSIONS DIVISION

EXECUTIVE ORDER
14-10

WHEREAS, Executive Order 14-08 was issued on August 16, 2014, establishing a state of emergency due to civil unrest occurring in the City of Ferguson, Missouri; and

WHEREAS, under Executive Order 14-08, state and local law enforcement agencies established a unified command to protect the citizens' right to peacefully assemble and protest while providing security for the citizens and businesses of the City of Ferguson; and

WHEREAS, Executive Order 14-09 was issued on August 18, 2014, activating the Missouri National Guard for the limited mission of providing security at the unified command center; and

WHEREAS, the soldiers of the Missouri National Guard were released on August 26, 2014, and the unified command center was deactivated on August 27, 2014.

NOW, THEREFORE, I, JEREMIAH W. (JAY) NIXON, GOVERNOR OF THE STATE OF MISSOURI, by virtue of the authority vested in me by the Constitution and laws of the State of Missouri, including Chapter 44, RSMo, do hereby terminate Executive Order 14-08, including the state of emergency established therein, and terminate Executive Order 14-09.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Missouri, in the City of Jefferson, on this 3rd day of September, 2014.



Jeremiah W. (Jay) Nixon
Governor

ATTEST:

Jason Kander
Secretary of State