IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:14-cv-1436 CDP ) |
| COUNTY OF SAINT LOUIS, MISSOURI, RONALD K. REPLOGLE, in his official capacity as Superintendent of the Missouri Highway Patrol, and JOHN DOES 1-5, in their individual capacities, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO AMEND PLAINTIFF'S WITNESS LIST**

Pursuant to Fed.R.Civ.P. 7 and Local Rule 04.01, Plaintiff hereby respectfully requests leave of the Court to add Johnetta Elzie to Plaintiff's list of witnesses filed with the Court on September 24, 2014.

There is good cause for Plaintiff's proposed addition. Ms. Elzie has witnessed recent enforcement of the rule that is the subject of this case. She is also knowledgeable about the status of protests in Ferguson. Her testimony is thus directly relevant to Defendants' claim that there is no longer a threat of irreparable injury.

Plaintiff's counsel first learned of Ms. Elzie and first interviewed her on the night of Saturday, September 27, 2014 (last night). Plaintiff has therefore acted diligently in seeking leave to add Ms. Elzie to his witness list.

DATED:  September 28, 2014

Respectfully submitted,

       */s/ Anthony E. Rothert*
ANTHONY E. ROTHERT, #44827MO
GRANT R. DOTY, #60788MO
AMERICAN CIVIL LIBERTIES UNION
       OF MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
Telephone:     (314) 652-3114
Facsimile:       (314) 652-3112
*trothert@aclu-mo.org*
*gdoty@aclu-mo.org*

GILLIAN R. WILCOX, #61278MO
AMERICAN CIVIL LIBERTIES UNION
       OF MISSOURI FOUNDATION
3601 Main Street
Kansas City, Missouri 64111
Telephone:     (816) 470-9938
Facsimile:       (314) 652-3112
*gwilcox@alcu-mo.org*

GRANT A. DAVIS-DENNY
THOMAS P. CLANCY
VICTORIA A. DEGTYAREVA
THANE M. REHN
KENNETH M. TRUJILLO-JAMISON
MUNGER, TOLLES & OLSON  LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA   90071
Telephone:     (213) 683-9100
Facsimile:       (213) 687-3702
*Grant.Davis-Denny@mto.com*
*Thomas.Clancy@mto.com*
*Victoria.Degtyareva@mto.com*
*Thane.Rehn@mto.com*
*Kenneth.Trujillo-Jamison@mto.com*


**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon each defendant by operation of the Court's ECF/CM system on September 28, 2014.

                                                    */s/ Anthony E. Rothert*