IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 4:14-cv-1436 CDP |
| ) | |
| COUNTY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

CONSENT JUDGMENT
[PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendant the City of Ferguson, Missouri, its officers, employees, or agents, and those acting on its behalf or in concert with it, are enjoined from enforcing or threatening to enforce any rule, policy, or practice that grants law enforcement officers the authority or discretion to arrest, threaten to arrest, or order to move individuals who are violating no statute, ordinance, or regulation and who are peaceably standing, marching, or assembling on public sidewalks in Ferguson, Missouri.

**IT IS FURTHER ORDERED** that Defendant the City of Ferguson, Missouri, its officers, employees, or agents, and those acting on its behalf or in concert with it, are enjoined from enforcing Section 29-89 of the City of Ferguson Code of Ordinances against individuals who are not obstructing or encumbering the passage of persons or vehicles upon, through or into any street, street corner, depot, building entrance or other public place.

**IT IS FURTHER ORDERED** that this order shall not otherwise prevent Defendant the City of Ferguson from enforcing the Missouri refusal-to-disperse statute, Mo. Rev. Stat. § 574.060(1) and Section 29-89 of the City's Code of Ordinances.

1

**IT IS FURTHER ORDERED** that this Order grants the full extent of relief to be afforded Plaintiffs herein against the City, and any and all other claims stated herein against the City are hereby dismissed.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CATHERINE D. PERRY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 5th day of November 2014.