IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 4:14-cv-1436 |
| | ) CDP |
| COUNTY OF SAINT LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE ENTRY OF A PERMANENT INJUNCTION

Plaintiffs Mustafa Abdullah, Natasha Gray, Deray Mckesson, and Robert Hudgins ("Plaintiffs"), Defendant Ronald K. Replogle, in his official capacity as Superintendent of the Missouri State Highway Patrol, and Defendant the County of St. Louis, Missouri (with Mr. Replogle, the "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. On October 6, 2014, this Court granted Plaintiff Mustafa Abdullah's Motion for a Preliminary Injunction and preliminarily enjoined Defendants "from enforcing or threatening to enforce any rule, policy, or practice that grants law enforcement officers the authority or discretion to arrest, threaten to arrest, or order to move individuals who are violating no statute or regulation and who are peaceably standing, marching, or assembling on public sidewalks in Ferguson, Missouri." (Memorandum, Order and Preliminary Injunction (ECF No. 51) at 25).

2. Plaintiffs and Defendants hereby agree and stipulate that (a) the attached proposed order regarding entry of a permanent injunction shall be entered; (b) Plaintiffs are entitled to

1

recover reasonable costs and fees; (c) the amount of Plaintiffs' reasonable recoverable costs and attorney hours incurred shall be briefed to and decided by this court; (d) the issue of whether the local or Los Angeles rates will apply to calculate the recoverable fees associated with the attorney hours billed by those of Plaintiffs' attorneys from the law firm Munger, Tolles & Olson LLP shall be briefed to and decided by this Court; and (e) that the entry of the following proposed order shall occur as soon as this Court deems proper and is not subject to or conditioned on this Court's decisions regarding Plaintiffs' reasonable costs, attorneys' hours, and rates.

**IT IS SO STIPULATED**

DATED: December 19, 2014               Respectfully submitted,

                                                                           /s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
GRANT R. DOTY, #60788MO
AMERICAN CIVIL LIBERTIES UNION
    OF MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
Telephone:    (314) 652-3114
Facsimile:    (314) 652-3112

GILLIAN R. WILCOX, #61278MO
AMERICAN CIVIL LIBERTIES UNION
    OF MISSOURI FOUNDATION
3601 Main Street
Kansas City, Missouri 64111
Telephone:    (816) 470-9938
Facsimile:    (314) 652-3112


GRANT A. DAVIS-DENNY
THOMAS P. CLANCY

2

VICTORIA A. DEGTYAREVA
THANE M. REHN
KENNETH M. TRUJILLO-JAMISON
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

**ATTORNEYS FOR PLAINTIFFS**



**CHRIS KOSTER**
Missouri Attorney General

/s/ Robert J. Isaacson
James R. Layton, #45631 MO
Robert J. Isaacson, #38361MO
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314) 340-7861; Fax: (314) 340-7029

**ATTORNEYS FOR DEFENDANT RONALD K. REPLOGLE**



**ROBERT GRANT**
ACTING COUNTY COUNSELOR

By: /s/ Michael A. Shuman
Michael A. Shuman #MO32418
Associate County Counselor
Lawrence K. Roos Bldg.
41 So. Central Avenue
Clayton, MO. 63105
314-615-7042; Fax 314-615-3732

**ATTORNEY FOR DEFENDANT ST. LOUIS COUNTY**

**Certificate of Service**

I hereby certify that on December 19, 2014, a copy of the foregoing was served on counsel of record by operation of the ECF/CM system.

<u>/s/ Anthony E. Rothert</u>