IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 4:14-cv-1436 |
| ) | CDP |
| COUNTY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the joint motion of Plaintiffs Mustafa Abdullah, Natasha Gray, Deray Mckesson, and Robert Hudgins ("Plaintiffs"), Defendant Ronald K. Replogle, in his official capacity as Superintendent of the Missouri State Highway Patrol, and Defendant the County of St. Louis, Missouri ("Defendants") Plaintiffs and Defendants having stipulated and consented to the relief set forth below,

**IT IS HEREBY ORDERED** that Defendants, and their officers, employees, or agents and those acting on their behalf or in concert with them, are enjoined from enforcing or threatening to enforce any rule, policy, or practice that grants law enforcement officers the authority or discretion to arrest, threaten to arrest, or order to move individuals who are violating no statute, ordinance or regulation and who are peaceably standing, marching, or assembling on public sidewalks in Ferguson, Missouri. This order does not prohibit Defendants from arresting, threatening to arrest, or ordering to move individuals whom Defendants have probable cause to believe: (1) are part of an unlawful assembly or a riot; (2) are violating, or have agreed with six or more other persons to violate, any criminal laws with force or violence; (3) are violating a

statute, ordinance or regulation; or (4) have knowingly failed or refused to obey a lawful command of a law enforcement officer to depart from the scene of an unlawful assembly or riot.

**IT IS FURTHER ORDERED** that this order shall not prevent Defendants from enforcing the Missouri refusal-to-disperse statute, Mo. Rev. Stat. § 574.060.

**IT IS FINALLY ORDERED** that this Court retains jurisdiction to enforce this order and to adjudicate any claims for recovery of attorneys' fees and costs.

                                                                    */s/ Catherine D. Perry*
                                                                 CATHERINE D. PERRY
                                                                 UNITED STATES DISTRICT JUDGE

Dated this 22nd day of December, 2014.