IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 4:14-cv-1436 CDP |
| ) | |
| COUNTY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS

Comes now Grant R. Doty and moves this Court, for good cause, to grant leave to withdraw as counsel for Plaintiffs in the above captioned case. In support he states:

1) Grant R. Doty is a Staff Attorney at the American Civil Liberties Union of Missouri Foundation (ACLU-MO).

2) Doty represents Plaintiffs along with ACLU-MO Legal Director Anthony Rothert and others.

3) Doty is leaving his employment at the ACLU-MO on April 3, 2015, to serve as a Trial Attorney (Civil Rights) in United States Equal Employment Opportunity Commission in St. Louis, Missouri.

4) Plaintiffs are adequately represented by the remaining attorneys.

WHEREFORE, Grant R. Doty requests this Court grant his motion, for good cause, to withdraw as counsel for Plaintiffs.

/s/ Grant R. Doty
Grant R. Doty
American Civil Liberties Union
    of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
gdoty@aclu-mo.org
Attorney for Plaintiffs

Certificate of Service

I certify that on April 1, 2015, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ Grant R. Doty